UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

        -against-

ERIK VALLES TARANGO,

                   Defendant.
------------------------------------------------------------X

**MEMORANDUM**

22 Cr. 646 (VB)

TO:    VINCENT L. BRICCETTI, UNITED STATES DISTRICT JUDGE

       Please find attached a transcript of the December 1, 2022, plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated:  January 4, 2023
         White Plains, New York

                                              Respectfully submitted,

                                              _____
                                              ANDREW E. KRAUSE
                                              United States Magistrate Judge

January 4, 2023

      This transcript represents my Report and Recommendation to the Honorable Vincent L. Briccetti, United States District Judge.

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge