UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
UNITED STATES OF AMERICA,

v.

Erik Valles Tarango,
              Defendant.
-----------------------------------------------------x

**ORDER ACCEPTING**
**PLEA ALLOCUTION**

22 CR 646 (VB)

1/11/23

      The Court has reviewed the transcript of the plea allocution in the above-captioned case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Andrew E. Krause, United States Magistrate Judge, dated December 1, 2022, is approved and accepted, and the defendant is adjudged guilty of Count One of the information.

      The Clerk is directed to enter the guilty plea.

Dated: January 11, 2023
       White Plains, NY

SO ORDERED:

*[signature]*

Vincent L. Briccetti
United States District Judge