UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA,            :
                                     :     **ORDER**
v.                                   :
                                     :     22 CR 646 (VB)
ERIC VALLES TARANGO,                 :
              Defendant.             :
--------------------------------------------------------x

Sentencing in this case is scheduled for March 9, 2023 at 11:30 a.m. Defendant's sentencing submission was due February 27, 2023, but has not been filed. If defense counsel plans to make a written sentencing submission, he must do so by no later than March 2, 2023, unless he wishes to request an adjournment of sentencing. If sentencing is not adjourned, the government's sentencing submission is due March 6, 2023.

Dated: February 28, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge